UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS AETIUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIPLE CANOPY,<br><br>　　　　　Defendant. | No.  2:21–cv–2120–TLN–KJN PS<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO SERVE<br><br>(ECF No. 3.) |

　　　　On November 16, 2021, plaintiff, proceeding without counsel, filed a fee-paid complaint against defendant.[1]  (ECF No. 1.)  The next day, the Clerk of Court issued service documents which were served on plaintiffs by mail.  (ECF Nos. 2, 3.)  On February 23, 2022, the undersigned ordered plaintiffs to show cause why the case should not be dismissed for failure to serve process.  (ECF No. 4.)  No response was filed.

　　　　As explained in the court's prior orders, service of the summons and complaint must occur within 90 days of filing the complaint, unless otherwise ordered.  Fed. R. Civ. P. 4(c)(1) & (m).  If a defendant is not served by the deadline, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant, or order that service be made within a specified time if good cause is shown.  Fed. R. Civ. P. 4(m).

---

[1] Because plaintiff is representing himself in this action, all pre-trial proceedings are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

1

Here, four months have now passed without service of process, and without a response from plaintiff on the court's show cause order. The court sees no good cause to extend the service deadline further. Townsel v. Contra Costa County, 820 F.2d 319, 320 (9th Cir. 1987) (noting that ignorance of or confusion about service requirements does not constitute "good cause" for failure to serve). Thus, this case should be dismissed without prejudice. See Fed. R. Civ. P. 4(m); see also King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.").

## RECOMMENDATIONS

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims be DISMISSED WITHOUT PREJUDICE, and the Clerk of Court be directed to CLOSE this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the district court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: March 15, 2022

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

aeti.2120