UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS AETIUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIPLE CANOPY,<br><br>　　　　Defendant. | No. 2:21-cv-02120-TLN-KJN<br><br>**ORDER** |

On March 16, 2022, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 5.)  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

///

///

1

IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 5) are adopted in full;
2. Plaintiff's claims are DISMISSED without prejudice pursuant to Rule 4(m); and
3. The Clerk of Court is directed to close this case.

**DATED: May 20, 2022**

_____
Troy L. Nunley
United States District Judge